UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 20 2018 ★
LONG ISLAND OFFICE

BRIAN WAGNER,
ON BEHALF OF HIMSELF AND
ALL OTHERS SIMILARLY SITUATED,

                Plaintiff,

v

GUTMAN, MINTZ, BAKER & SONNENFELDT, LLP,
ERIC KEILBACH, KENNETH P. MINTZ, AND
NEIL D. SONNENFELDT,

                Defendants.

Civil Action, File No.
2:18-cv-02436-JFB-GRB

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against Defendants with each party to bear its respective attorney's fees and costs incurred in this action.

/s/ *Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 335-1107

/s/ Kenneth A. Novikoff
Kenneth A. Novikoff, Esq.
Rivkin Radler LLP
926 RXR Plaza
Uniondale, NY 11556
(516) 357-3000
*Attorney for Defendants*

The Clerk of the Court shall close the case.

SO ORDERED.

Joseph Bianco
_____
Joseph F. Bianco
USDJ
Date: Nov. 20   20 18
Central Islip, N.Y.